UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRED ALSTON, as a Trustee of the Local 272 Labor-Management Pension Fund, et al.,<br><br>                          Plaintiffs,<br><br>            v.<br><br>SURREY GARAGE CORP.,<br><br>                          Defendant. | 24-CV-4877 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On July 17, 2024, Plaintiff filed an affidavit of service on non-appearing Defendant Surrey Garage Corp. *See* ECF No. 8. Defendant's answer was due on August 5, 2024. *See id*. That date has now passed, and Defendant has yet to appear.

Accordingly, within **one week** of this Order, Plaintiff is hereby **ORDERED** to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether there have been any communications with Defendant Surrey Garage Corp., including a description of efforts at service and contact made to date, and (2) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

In light of Defendant Surrey Garage Corp.'s non-appearance, the parties' deadline to submit a proposed case management plan and scheduling order is **ADJOURNED** to August 28, 2024. The initial pretrial conference is **ADJOURNED** to **September 5, 2024, at 11:00 a.m. (E.T.)**. The Microsoft Teams information remains unchanged. Accordingly, the parties shall dial 646-453-4442, enter the meeting code 519555136, and press pound (#).

      SO ORDERED.

Dated: August 8, 2024
       New York, New York

DALE E. HO
United States District Judge

2