UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRED ALSTON, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>SURREY GARAGE CORP.,<br><br>       Defendant. | 24-CV-4877 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On August 8, 2024, the Court ordered Plaintiffs to file on ECF a letter updating the Court on the status of the case within one week (i.e., by August 15, 2024). *See* ECF No. 10. The Court ordered that the letter shall address (1) whether there have been any communications with Defendant Surrey Garage Corp., including a detailed description of efforts at service and contact made to date, and (2) whether Plaintiffs intend to move for default judgment or to voluntarily dismiss this case. *Id.*

  Plaintiffs' deadline to submit a status update has now passed, and the Court is not in receipt of Plaintiffs' submission. Accordingly, Plaintiffs are ORDERED to file a status letter by **August 20, 2024**. Plaintiffs are on notice that failure to comply with Court orders may result in sanctions, including dismissal of their case.

  SO ORDERED.

Dated: August 16, 2024
   New York, New York

                       DALE E. HO
                     United States District Judge