UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRED ALSTON,

              Plaintiff,

        v.

SURREY GARAGE CORP.,

              Defendant.

24-CV-4877 (DEH)

ORDER

DALE E. HO, United States District Judge:

On August 19, 2024, Plaintiff filed a status report indicating that Defendant was served with the summons and complaint by service on the New York State Secretary of the State on July 15, 2024. *See* ECF No. 13.

On August 20, 2024, the Court ordered Plaintiff to additionally mail the summons, complaint, and a copy of the Court's Order via Federal Express to Defendant's last known address, and to file proof of service within one week (i.e., by August 27, 2024). *See* ECF No. 14. Plaintiff's deadline has passed, and no proof of service has been filed on ECF.

It is hereby **ORDERED** that Plaintiff shall file proof of service (as stated at ECF No. 14) by **August 30, 2024**. Plaintiff is on notice that failure to comply with the Court's Orders may result in sanctions, up to and including dismissal of this case for failure to prosecute.

SO ORDERED.

Dated: August 28, 2024
      New York, New York

DALE E. HO
United States District Judge